WILLIAM CALLAHAN, Respondent, v. INTERNATIONAL TERMINAL OPERATING Co., INC., Appellant, et al., Defendant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.